McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Facsimile:  (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD F. GARLAND AND ETHEL L. GARLAND, individually and as trustees of the RICHARD F. GARLAND and ETHEL L. GARLAND REVOCABLE TRUST; and STATE OF CALIFORNIA FRANCHISE TAX BOARD,<br><br>　　　　Defendants. | Civil No. 2:05-CV-00846-LKK-PAN<br><br>**STIPULATED JUDGMENT BETWEEN THE UNITED STATES AND RICHARD F. GARLAND AND ETHEL L. GARLAND, Individually and as Trustees of the RICHARD F. GARLAND and ETHEL L. GARLAND REVOCABLE TRUST**, **and** [PROPOSED] **JUDGMENT AND ORDER** |

　　　　Plaintiff United States and defendants Richard F. Garland and Ethel L. Garland, individually and as trustees of the Richard F. Garland and Ethel L. Garland revocable trust, hereby agree and stipulate as follows:

　　　　1.　　Richard F. Garland and Ethel L. Garland, jointly and severally, are indebted to the United States in the amount of $528,517.16 - plus any accrued interest and penalties from the dates of assessments - for outstanding federal income taxes, plus penalties and interest, for the tax years ending December 31, 1977 through 1986.

　　　　2.　　The Richard F. Garland and Ethel L. Garland Revocable Trust is revocable under applicable California law.

1    3.   Richard F. Garland and Ethel L. Garland are the true and beneficial owners of real
2 property, particularly described as follows, despite any purported interest held by the Richard F. Garland
3 and Ethel L. Garland Revocable Trust (hereinafter, "Trust"):

   LOT 4, AS SHOWN ON THE "PLAT OF RIDGECREST UNIT NO. 1", RECORDED OCTOBER 31, 1961, IN BOOK 67 OF MAPS, MAP NO. 18, RECORDS OF SAID COUNTY.

   1962-63 ASSESSOR'S PARCEL NO. 233-232-17

The foregoing parcel(s) of real property is located at 5313 Ridgevale Way, Fair Oaks, CA 95628 (hereinafter, "subject property").

     4.   The Trust is the nominee and/or alter ego of Richard F. Garland and Ethel L. Garland.

////

5. Any purported transfer of the subject property from Richard F. Garland and Ethel L. Garland to the Trust is ineffective to defeat the United States' claims against them for outstanding federal income taxes, plus penalties and interest, for the tax years ending December 31, 1977 through 1986, as described in paragraph 1 above.

| | |
|---|---|
| Dated this 14th day of June, 2005. | Dated this 11th day of June, 2005. |
| MCGREGOR W. SCOTT<br>United States Attorney | /s/ - Richard F. Garland<br>Richard F. Garland<br>5313 Ridgevale Way<br>Fair Oaks, CA 95628 |
| /s/ - Paul Ham<br>PAUL S. HAM<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 683, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-6421<br>Facsimile: (202) 307-0054 | Dated this 11th day of June, 2005.<br><br>/s/ - Ethel L. Garland<br>Ethel L. Garland<br>5313 Ridgevale Way<br>Fair Oaks, CA 95628 |
| (Attorneys for the United States) | (Defendants) |

**IT IS SO ORDERED.**

Dated this 5th day of July, 2005.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE